UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 10-00026-RET-SCR |
| **Versus** | : | 18 USC §1958 |
| **TAMMY L. COPELAND** | : | |

## O R D E R

The foregoing considered, and considering the pleadings and proceedings that have taken place herein and filed herein

**THE COURT FINDS**

I    That the indictment requires the parties to obtain evidence beyond the Court's compulsory process, evidence that is located within the boarders of and under the control of the government of Canada.

II    That said evidence extends both to evidence relating to defendants mental capacity and history of treatment for mental dysfunction as well as to legal proceedings conducted by Canadian courts and authorities

III    That the ends of justice served by granting the requested relief outweigh the best interest of the public and the defendant in a speedy trial;

IV    The case is so unusual and complex, due to the nature of the prosecution and the necessity to obtain evidence outside the United States of American and outside of its compulsory process that it is unreasonable to expect adequate preparation for

Page 6 of 7

pretrial proceedings or for the trial itself within the general time limits; and

IV    The failure to grant a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**ACCORDINGLY**, pursuant to this Court's finding that the ends of justice served by certifying this case as "complex" and providing additional time for adequate trial preparation and pre-trial litigation outweigh the best interest of the public and the defendant in a seventy (70) day speedy trial.

*The Unopposed Motion & Order to Certify Case as Complex* is hereby **GRANTED** pursuant to 18 §3161 (h)(8), and said additional time is hereby held to be excludable from the general seventy (70) day limitation provided by 18 §3161.

Done and signed this 22nd day of Mar., 2010

_____
UNITED STATES DISTRICT JUDGE